IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BLUESKY MARKETING GROUP, | No. C -13-03736 EDL |
| Plaintiff, | **ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| BLUE SKY AUTOMOTIVE, | |
| Defendant. | |

On October 16, 2013, the parties informed the Court that they have reached a conditional settlement in this matter, and requested a continuance of the initial case management conference. Accordingly, the initial case management conference is continued to January 28, 2014 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: October 18, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge